B6B (Official Form 6B) (12/07)

| In re | AHMED S AHMED BANI | | Case No. | 15-31304 |
|---|---|---|---|---|
| | Debtor(s) | | | |

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | - | ~~$5.00~~ $1,000.00 |
| | | ~~Uncashed check from insurance proceeds for 2/27/15 autombile accident ($5,600)~~ Cashiers check $5,780.07 (cashed insurance proceeds from auto accident) - 1/2 interest with Miriam Ahmed Bani | - | ~~$2,800.00~~ $2,890.04 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Affinity Plus Credit Union Checking ($20) and Savings ($600) Accounts | - | $620.00 |
| | | Wings Financial Credit Union Savings Account | - | $600.00 |
| | | Earned but Unpaid Wages (estimate) | - | $1,432.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Landlord | - | $500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods & Furnishings | - | $200.00 |
| | | Computer | - | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel | - | $200.00 |
| 7. Furs and jewelry. | | Watch | - | $25.00 |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** AHMED S AHMED BANI                               **Case No.** 15-31304
                **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2014 Anticipated Tax Refund (est.) $5,171 (100% earned as of the date of filing) | - | $5,171.00 |
| | | 2015 Anticipated Tax Refund (est.) $5,171 (26% earned as of the date of filing) | - | $1,344.00 |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** AHMED S AHMED BANI                                              **Case No.** 15-31304
　　　　　Debtor                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

**In re** AHMED S AHMED BANI  **Case No.** 15-31304
  **Debtor**  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total > | ~~$12,997.00~~ $14,489.00 |

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6C (Official Form 6C) (04/13)

In re  AHMED S AHMED BANI                             Case No.  15-31304
                         Debtor(s)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $155,675.*
☑ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | ~~5.00~~ 1,000.00 | ~~5.00~~ 1,000.00 |
| ~~Uncashed check from insurance proceeds for 2/27/15 automobile accident ($5,600)~~ Cashiers check $5,780.07 (cashed insurance proceeds from auto accident) - 1/2 interest with Miriam Ahmed Bani | 11 U.S.C. § 522(d)(5) | ~~2,800.00~~ 2,890.04 | ~~5,600.00~~ 5,780.07 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Affinity Plus Credit Union Checking ($20) and Savings ($600) Accounts | 11 U.S.C. § 522(d)(5) | 620.00 | 620.00 |
| Wings Financial Credit Union Savings Account | 11 U.S.C. § 522(d)(5) | 600.00 | 600.00 |
| Earned but Unpaid Wages (estimate) | 11 U.S.C. § 522(d)(5) | 1,432.00 | 1,432.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit with Landlord | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods & Furnishings | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| Computer | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Watch | 11 U.S.C. § 522(d)(4) | 25.00 | 25.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2014 Anticipated Tax Refund (est.) $5,171 (100% earned as of the date of filing) | 11 U.S.C. § 522(d)(5) | 5,171.00 | 5,171.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 2 total page(s)

B6C (Official Form 6C) (04/13) -- Cont

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2015 Anticipated Tax Refund (est.) $5,171 (26% earned as of the date of filing) | 11 U.S.C. § 522(d)(5) | ~~1,344.00~~ <br> 511.96 | 1,344.00 |
| Total: | | ~~12,997.00~~ <br> 13,250.00 | ~~15,797.00~~ <br> 16,972.07 |

Sheet 2 of 2 total sheets in Schedule of Property Claimed as Exempt

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:  Bkry Case No: 15-31304

Ahmed S Ahmed Bani  Chapter 7

Debtor(s).

**UNSWORN CERTIFICATE**

**OF SERVICE**

I, Melissa S. Matthews, employed by Hoglund, Chwialkowski and Mrozik PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on September 1, 2015, I served the amended Schedules B and C to each of the entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Ahmed S Ahmed Bani
8241 Henslowe Ave S
Cottage Grove, MN 55016

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: September 1, 2015

Signed: /e/ Melissa S. Matthews
         Paralegal

Uns7

| | | |
|---|---|---|
| BEST BUY CREDIT SERVICES<br>PO BOX 688910<br>DES MOINES IA 50368-8910 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CAPITAL ONE BANK<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 |
| CITI BANK<br>100 CITIBANK DR<br>SAN ANTONIO TX 78245 | CITI CARDS<br>PO BOX 6500<br>SIOUX FALLS SD 57117-6500 | DISCOVER FINANCIAL SERVICES<br>PO BOX 6103<br>CAROL STREAM IL 60197 |
| GALLAGHER BASSETT-MINNEAPOLIS<br>PO BOX 1300<br>OSSEO MN 55311 | GE CAPITAL BANK<br>PO BOX 1978<br>CRANBERRY TWP PA 16066-1978 | GURSTEL & CHARGO PA<br>6681 COUNTRY CLUB DR<br>GOLDEN VALLEY MN 55427 |
| JC PENNEY<br>PO BOX 905007<br>ORLANDO FL 32896-0090 | MESSERLI & KRAMER PA<br>3033 CAMPUS DR STE 250<br>PLYMOUTH MN 55441 | MIDLAND FUNDING LLC<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123 |
| PINNACLE CREDIT LLC<br>7900 HWY 7 STE 100<br>MINNEAPOLIS MN 55426 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>120 CORPORATE BLVD STE 100<br>NORFOLK VA 23502 | SAMS CLUB<br>2101 SE SIMPLE SAVINGS DR<br>BENTONVILLE AR 72716 |
| SEARS<br>PO BOX 6283<br>SIOUX FALLS SD 57117-6283 | T-MOBILE<br>PO BOX 790047<br>SAINT LOUIS MO 63179-0047 | VERIZON WIRELESS<br>PO BOX 4002<br>ACWORTH GA 30101-4002 |
| WELLS FARGO<br>PO BOX 29779<br>PHOENIX AZ 85038 | WELLS FARGO<br>PO BOX 6412<br>CAROL STREAM IL 60197 | WELLS FARGO BANK NA<br>PO BOX 10335<br>DES MOINES IA 50306-0335 |

Uns7

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

---

In re:                                                    Bankruptcy Case Number: 15-31304

Ahmed S Ahmed Bani,

    Debtor(s).                       **SIGNATURE DECLARATION**

---

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
(X) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
( ) MODIFIED CHAPTER 13 PLAN/MOTION FOR HEARING
( ) OTHER:
(X) **VERIFICATION:** I (we), Ahmed S Ahmed Bani, debtor(s) named in the attached documents, declare under penalty of perjury that the foregoing is true and correct.

I[We] Ahmed S Ahmed Bani, the undersigned debtor(s) or authorized individual, *hereby declare under penalty of perjury* that the information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct. I consent to my attorney electronically filing my petition, a scanned image of this declaration, statements, and schedules, amendments, and/or chapter 13 plan, as indicated above, with the United States Bankruptcy Court. I understand that a scanned image of this declaration is to be converted to PDF, and either inserted as the last page in the electronic submission or electronically submitted within five days after the above-named document have been electronically submitted.

[x] [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

[ ] [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in the petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Date: 08/28/2015

_Ahmed Bani_____    _____
Signature of Debtor or Authorized Individual    Signature of Joint Debtor

Ahmed S Ahmed Bani_____    _____
Printed Name of Debtor or Authorized Individual    Printed Name of Joint Debtor

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: */c/ Robert J. Hoglund*
Robert J. Hoglund    #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

signdec